UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS C. HERNANDEZ,<br>    *Plaintiff,* | §<br>§<br>§ | |
| vs. | § | CASE NO. |
| | § | |
| DOLLAR GENERAL CORPORATION,<br>DOLGEN CORPORATION OF TEXAS,<br>INC., DOING BUSINESS AS DOLLAR<br>GENERAL, AND ARCEN PROPERTIES<br>LLC.,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ | |

### DEFENDANT DOLGENCORP OF TEXAS, INC.'S AMENDED NOTICE OF REMOVAL

Defendant, Dolgencorp of Texas, Inc., misnamed as Dollar General Corporation, Dolgen Corporation of Texas, INC., Doing Business as Dollar General ("Dollar General"), hereby removes this lawsuit pursuant to 28 U.S.C. §§ 1332 and 1441, and would respectfully show the Court as follows:

### BACKGROUND

1. On May 16, 2022, Plaintiff filed his Original Petition in the 103rd Judicial District Court of Cameron County, Texas, Cause Number 2022-DCL-02392, styled *Jesus C. Hernandez v. Dollar General Corporation, Dolgen Corporation of Texas, Inc., Doing Business As Dollar General, and Arcen Properties LLC.* *See* Exhibit A (Citation and Plaintiff's Original Petition).

2. Plaintiff served Defendant Dolgencorp of Texas, Inc with Plaintiff's Original Petition and process on May 19, 2022. *See* Exhibit A.

3. In his petition, Plaintiff affirmatively pleads monetary relief "over $250,000 but not more than $1,000,000." *See* Exhibit A.

{00794500}

4. Plaintiff asserts causes of action for negligence, alleging that Defendants failed to use ordinary care by various actions and omissions. *Id.*.

5. The State Court's Record Search including Case History for this matter is attached herein. *See* Exhibit B.

6. Below is an index of all exhibits filed:

- Exhibit A:   Plaintiff's Original Petition
- Exhibit B:   State Court Docket Sheet
- Exhibit C:   Civil Cover Sheet
- Exhibit D:   List of Counsel of Record
- Exhibit E:   Index of Matters Filed

### GROUNDS FOR REMOVAL

7. This Court has original jurisdiction of this suit based on 28 U.S.C. § 1332(a) because this suit involves a controversy between citizens of different states and there is complete diversity between the parties at the time of the filing of the suit and at the time of the removal. Further, the amount in controversy, exclusive of interest and costs exceeds $75,000.00. *See* Exhibit A, pg. 1-4.

**A.    Diversity in Citizenship**

8. Plaintiff, Jesus C. Hernandez, is a citizen of Texas. *See* Exhibit *Id*.

9. As to Dolgencorp of Texas, a corporation is considered a citizen of (1) every U.S. state and foreign state where it is incorporated, and (2) the U.S. state or foreign state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Dolgencorp of Texas is a foreign corporation incorporated under the laws of the State of Kentucky and its principal place of business is in Davidson County, Goodlettsville, Tennessee, located at 100 Mission Ridge, Goodlettsville, Tennessee 37072. Accordingly, Dolgencorp of Texas is a citizen of Kentucky and Tennessee, and is not a citizen of Texas.

10. Defendant Arcen Properties LLC., ("Arcen") is the Landlord to Dolgencorp of Texas in this case and considered a citizen of Texas. However, Arcen has been improperly joined in this action. There is no reasonable basis for predicting recovery against Arcen. *Smallwood v. Illinois Cent R.R. Co.,* 385 F.3d 568, 575. A lessor generally has no duty to tenants or their invitees for dangerous conditions on the leased premises. *Johnson County Sheriff's Posse, Inc. v. Endsley,* 926 S.W.2d 284, 285 (Tex. 1996). This general rule stems from the notion that a lessor relinquishes possession or occupancy of the premises to the lessee. *Id.* Therefore, its citizenship should be disregarded for purposes of evaluating diversity in this matter.

B. **The amount in controversy exceeds $75,000.**

11. The party seeking federal jurisdiction must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. *Grant v. Chevron Phillips Chem. Co. L.P.,* 309 F.3d 864, 868 (5th Cir. 2002). The removing party may satisfy its burden by either (1) demonstrating that it is "facially apparent" from the petition that the claim likely exceeds $75,000.00, or (2) "by setting forth the facts in controversy—preferably in the removal petition, but sometimes by affidavit—that support a finding of the requisite amount." *Allen v. R & H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir. 1995).

12. Here, Plaintiff is seeking monetary relief of over $1,000,000. Thus, it is facially apparent that the amount in controversy exceeds $75,000.00.

## REMOVAL IS PROCEDURALLY PROPER

13. This notice of removal is timely filed within 30 days of service of process of the state court petition on Defendant. *See* 28 U.S.C. § 1446(b)(1).

14. All pleadings, process, and orders served upon Defendant in the state court action are attached to this notice. 28 U.S.C. §1446(a).

15. Defendant will promptly provide a true and correct copy of this Notice of Removal to Plaintiffs and to the County Clerk of Cameron County. 28 U.S.C. §1446(d).

## VENUE

16. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this District and Division of this Court embraces Cameron County, Texas, the place where the State Court suit was filed.

## PRAYER FOR RELIEF

17. Defendant Dolgencorp of Texas, Inc prays that the Court accept jurisdiction over the state court action for the reasons set forth above, and grant Defendant any such other and further relief to which it may show itself justly entitled.

    Respectfully submitted,

    **VALDEZ & TREVIÑO ATTORNEYS AT LAW, P.C.**
    Callaghan Tower
    8023 Vantage Dr., Suite 700
    San Antonio, Texas 78230
    Phone: (210) 598–8686
    Fax: (210) 598–8797

    **Jose "JJ" Trevino, Jr.**
    State Bar No. 24051446
    S.D. Tex. Bar No. : 1076595
    jtrevino@valdeztrevino.com
    **Mathews J. Metyko**
    State Bar No. 24096574
    mmetyko@valdeztrevino.com
    *Counsel for Defendant Dolgencorp*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing instrument was served on the following counsel this 14th day of June 2022, pursuant to Rule 5 of the Federal Rules of Civil Procedure, and via e-service in the state court proceeding:

Juan Carlos Martinez
**THE DAVIS LAW FIRM**
10500 Heritage Blvd., Suite #102
San Antonio, Texas 78216
Tel: 210.444.4444
Fax: 210.870.1515
Email: juanm@davislaw.com
*Counsel for Plaintiff*

 ─────────────────────────
**Mathews J. Metyko**