United States District Court
Southern District of Texas
**ENTERED**
April 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS C. HERNANDEZ, | § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 1:22-CV-070 |
| DOLLAR GENERAL CORP., *et al.*, | | |
| Defendants. | | |

## ORDER

On April 17, 2024, the Court issued its Order Granting Agreed Motion for Dismissal with Prejudice (Doc. 58), which dismissed all of Plaintiff Jesus C. Hernandez's remaining causes of action.[1] Accordingly, it is:

**ORDERED** that all pending motions in this matter are **DENIED AS MOOT**.

The Status Conference in this matter scheduled for May 14, 2024 is cancelled.

The Clerk of Court is directed to close this matter

Signed on April 17, 2024.

Fernando Rodriguez, Jr.
United States District Judge

---

[1] The case style and Plaintiff's Original Petition include Dollar General Corporation, Dolgen Corporation of Texas, Inc. d/b/a Dollar General and Arcen Properties LLC. as defendants. (*See* Pl.'s Original Pet., Doc. 1–1)  Defendant clarified in its Original Answer that it is properly identified in all capacities as Dolgencorp of Texas, Inc. (*See* Notice of Removal, Doc. 1; Answer, Doc. 7)